FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 7 2017 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

YOSEF BRECHER
on behalf of himself and
all other similarly situated consumers

                      Plaintiff,

-against-

NORTHLAND GROUP INC.

                      Defendant.

---

Case No.

1:17-cv-01496-WFK-SMG

STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys for the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and or person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: Brooklyn, New York
       July 5, 2017

/s/ Maxim Maximov
Maxim Maximov, Esq.
Maxim Maximov, LLP
Attorney for the Plaintiff
1701 Avenue P
Brooklyn, New York 11229
Office: (718) 395-3459
Facsimile: (718) 408-9570
E-mail: m@maximovlaw.com

Dated: New York, New York
       July 5, 2017

/s/ Adam Patrick Hartley
Adam Patrick Hartley, Esq.
Ballard Spahr LLP
Attorney for the Defendant
919 Third Avenue, 37th Floor
New York, New York 10022
Office: (646) 346-8033
Fax: (212) 223-1942
E-mail: hartleya@ballardspahr.com

The application is ✓ granted.
SO ORDERED.

/s/(WFK)

William F. Kuntz, II, U.S.D.J.
Dated: July 6, 2017
      Brooklyn, New York